

# THE THIRTEENTH COURT OF APPEALS

13-19-00159-CV

Janet Cox
v.
Jeffrey Cox

On Appeal from the
45th District Court of Bexar County, Texas
Trial Cause No. 2016-CI-21319

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Janet Cox.

We further order this decision certified below for observance.

April 25, 2019